# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-22-00424-CR
NO. 03-22-00425-CR
NO. 03-22-00426-CR
NO. 03-22-00427-CR
NO. 03-22-00428-CR
NO. 03-22-00429-CR

**John Paul Desmarais, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT OF BELL COUNTY
NOS. 2C08-00724, MR2C1608776, MR2C17-05221, MR2C17-04805, MR2C19-06120 &
MR2C19-06716, THE HONORABLE JOHN MICHAEL MISCHTIAN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant John Paul Desmarais seeks to appeal his judgments of conviction and sentences for eight misdemeanor offenses. *See* Tex. Penal Code §§ 22.07, 28.03, 30.05, 49.04. The trial court has certified that these are plea-bargain cases for which Desmarais has no right of appeal and that Desmarais has waived his right to appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).[1]

---

[1] In addition, all pending motions are dismissed as moot.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed: December 22, 2022

Do Not Publish